FILED: July 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-4450
(1:20-cr-00450-JMC-2)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

DAVID ANTHONY CRAWFORD, JR., a/k/a David Youngsavage Crawford, a/k/a Baby GG,

        Defendant - Appellant.

O R D E R

After a review of the record pursuant to *Anders v. California*, 386 U.S. 738 (1967), we conclude that nonfrivolous issues exist in the record that would benefit from adversarial presentation. Accordingly, we direct counsel for Crawford and the Government to submit merits briefs addressing (1) whether a proper factual basis was established supporting Crawford's guilty plea, and (2) whether the district court committed error pursuant to *United States v. Rogers*, 961 F.3d 291 (4th Cir. 2020), when imposing conditions of supervised release. Crawford's counsel may brief any

other non-frivolous issues as well. We defer action on the Government's motion to dismiss until the completion of briefing.

For the Court

/s/ Patricia S. Connor, Clerk
